### 12271. HOLBROOK *v.* THE STATE.

BROYLES, C. J. The only assignment of error is upon the overruling of the defendant's motion for a new trial, which contained only the usual general grounds. The verdict was authorized by the evidence and was approved by the trial judge.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MAY 11, 1921.

Accusation of possessing intoxicating liquor; from city court of Carrollton — Judge Hood. February 4, 1921.

*James Beall,* for plaintiff in error.

*Willis Smith, solicitor,* contra.

---

### 12272. ST. CLAIR *v.* THE STATE.

LUKE, J. St. Clair was indicted for the offense of carrying concealed weapons, and for carrying a pistol without first taking out a license from the ordinary. The evidence authorized, if indeed it did not demand, the conviction of the defendant. The two special assignments of error, upon the admission of evidence, are without merit. For no reason assigned was it error to overrule the defendant's motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MAY 11, 1921.

Indictment for unlawfully carrying pistol; from city court of Macon — Judge Gunn. February 4, 1921.

*Sam B. Hunter,* for plaintiff in error.

*Roy W. Moore, solicitor, H. S. Strozier,* contra.